IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHARON NASH**                                                            **PLAINTIFF**

v.                              No. 3:25-cv-00138-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                         **DEFENDANT**

**SCHEDULING ORDER**[1]

Plaintiff's brief is due 30 days from today.[2] Failing to file a timely brief may result in dismissal of the case for failure to prosecute.

Defendant's brief is due 30 days after Plaintiff's brief is filed.

Plaintiff's reply brief is due 14 days after Defendant's brief is filed.

SO ORDERED 13 November 2025.

                                         AT THE DIRECTION OF THE COURT
                                         Tammy Downs, Clerk

                                         By: Melanie Beard, Deputy Clerk

---

[1] The stay in this case was lifted today. *See* AO-LiftingStayCivilProceedingsSSACases.pdf

[2] If any deadline falls on a weekend or federal holiday, the deadline will be the next workday. *See* FED. R. CIV. P. 6(a)(1)(C).