# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SHARON NASH**                                                          **PLAINTIFF**

**v.**                                    **No. 3:25-cv-00138-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                         **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 14*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 13 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE