**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SHARON NASH**                                                                    **PLAINTIFF**

**v.**                                     **No. 3:25-cv-00138-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                   **DEFENDANT**

**ORDER**

Pending before the Court is Plaintiff Sharon Nash's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$8,750.00**. *Doc. 17.* Plaintiff is entitled to an award of attorney's fees, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 17*) is GRANTED. Plaintiff is awarded **$8,750.00** in attorney's fees under the EAJA.[1]

So Ordered 3 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.