**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SHARON NASH**                                                                        **PLAINTIFF**

**v.**                                              **No. 3:25-cv-00138-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                    **DEFENDANT**

## ORDER

Plaintiff's Motion to Amend Order Regarding Attorney Fees Under the EAJA

(*Doc. 19*) is GRANTED. In addition to the $8,750 in fees awarded on June 3, 2026

(*Doc. 18*), Plaintiff is entitled to $405 in costs.

So Ordered 8 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE